NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: MICHAEL WAYNE SHORE,**
*Appellant*

-------------------------------------------------------------------

**IN RE: PETER WHITE, MICHAEL WAYNE SHORE, WOLFRED CHARLES ATTAL, III,**
*Appellants*

---

2016-1461, 2016-1462

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 11/491,269, 11/588,627.

---

**JUDGMENT**

---

JOHN DAVID SIMMONS, Panitch Schwarze Belisario & Nadel LLP, Philadelphia, PA, argued for appellants. Also represented by STEPHEN EMERSON MURRAY; MICHAEL W. SHORE, Shore Chan DePumpo LLP, Dallas, TX.

ROBERT MCBRIDE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by

THOMAS W. KRAUSE, SCOTT C. WEIDENFELLER, COKE MORGAN STEWART, LORA DRISCOLL.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, LINN, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 10, 2016
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court